UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Number: |
| v. : | |
| : | VIOLATION: 18 U.S.C. §1001 |
| MICHAEL SHARPSTENE : | |
| : | (False Statements) |
| : | |
| : | |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about April 28, 2006, in the District of Columbia, Defendant MICHAEL SHARPSTENE knowingly and willfully made a materially false, fictitious, and fraudulent statement regarding a matter within the jurisdiction of the Government of the United States, in that defendant MICHAEL SHARPSTENE told an agent of the Federal Bureau of Investigation, an executive agency of the Government of the United States, that a fellow Deputy United States Marshal, Stephen Cook, did not use excessive force against inmate Omar Hunter at the Superior Court of the District of Columbia on or about August 30, 2005. At the time Defendant MICHAEL SHARPSTENE made this statement, he knew it to be false.

  **(False Statements to the Government of the United States**, in violation
  of Title 18, United States Code, Section 1001)

                    JEFFREY A. TAYLOR
                    United States Attorney
                    for the District of Columbia
                    Bar No. 498610

By:     _____
          John Cummings
          Member Maryland Bar
          Assistant United States Attorney
          United States Attorneys Office
          555 4th Street, N.W.
          Washington, D.C.  20530
          (202) 514-7561

_____

C. Douglas Kern
Ohio # 0072864
Trial Attorney
United States Department of Justice
Civil Rights Division, Criminal Section
601 D St. NW
Washington, DC 20004
(202) 514-3204