FILED

JUL 3 - 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 07-165 |
| v. : | |
| : | UNDER SEAL |
| MICHAEL SHARPSTENE : | |
| Defendant. : | |

## ORDER

Based on the representations in the government's motion to seal the accompanying plea agreement, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters, this Court makes the following:

## FINDINGS OF FACT

Pursuant to the plea agreement in this case, the defendant has agreed to cooperate with the United States in an ongoing criminal investigation.

The general public is not aware that the defendant has agreed to cooperate with the United States in this ongoing investigation.

The defendant's cooperation includes the possibility of covert activities which due to the nature of the investigation pose a substantial risk to the personal safety of the defendant.

The public docketing at this time of any notice that the government has filed a motion to seal the plea agreement, the transcript of the plea, and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of this motion to seal, as well as the Order

4

granting such motion will likely substantially jeopardize an ongoing criminal investigation and place the personal safety of parties involved in the covert investigation at substantial risk.

Based on the representations in the government's motion, and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this 2nd day of July, 2007 hereby

ORDERED that this Order, and the attached government motion to seal the plea, the transcript of the plea, and other pleadings, recordings, proceedings, and files and to delay entry on the public docket of the filing of this motion to seal with exhibits shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further

ORDERED that the plea, the transcript of the plea, all proceedings and all pleadings, records and files in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court.

It is further

ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the plea, the transcript of the plea, the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

It is further

ORDERED that notwithstanding the other provisions of this ORDER, the government shall be permitted to request a transcript of the plea proceedings in this case, the Court Reporter shall be permitted to prepare such a transcript and provide it to the government, and there may be a limited lifting of this sealing order to allow the government to comply to comply with its discovery, <u>Giglio</u> and <u>Brady</u> obligations in any pending criminal case in which the defendant herein may be called as a witness, and to notify the Chief Counsel of the United States Marshals Service regarding the existence of the plea to make sure it can comply with its obligations pursuant to <u>Brady</u> and <u>Giglio</u>.

It is further

ORDERED, that notwithstanding other provisions of this order, absent good cause shown after notice to the parties herein and an opportunity for a hearing, this matter shall be unsealed upon the final imposition of sentence.

                                                */s/ Henry F. Hogan*
JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

John Cummings
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

David Schertler, Esq.
Shertler & Onorato
601 Pennsylvania Ave., N.W.
North Building - 9th Floor
Washington, D.C.  20004-2601
(202) 628-4199

2