UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

:
:
:
:  UNDER SEAL
:

\* \* \* \* \* \*

UNITED STATES  :
              :  Criminal No. 07-165 (ESH)
v.            :
              :
MICHAEL SHARPSTENE  :

**FILED**
SEP 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

This matter comes before the Court upon Defendants' Joint Consent Motion Requesting that Plea Hearing be Held in Chambers. For good cause shown, it is this 10th Day of Sept 2007, hereby

**ORDERED**, that Defendants' Motion is hereby **GRANTED**; and it is further

**ORDERED**, that the plea hearings scheduled for September 14, 2007, before the Court, shall be conducted in chambers in the presence of a court reporter; and it is further

**ORDERED**, that the United States Marshal's Service not be informed of this hearing and not be requested to provide security staff for the plea hearing.

JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

5