AO 455 (Rev 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____ SEALED

UNITED STATES OF AMERICA

V.

Michael Shurpstine

WAIVER OF INDICTMENT

CASE NUMBER: 07-165

I, _____Michael Sharpstine_____, the above named defendant, who is accused of

FILED

SEP 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____9-14-07_____ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____Joe M Facale_____
Judicial Officer