UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 07-165 (EHS) |
| : | Judge Ellen S. Huvelle |
| v. : | **UNDER SEAL** |
| : | |
| MICHAEL SHARPSTENE : | **FILED** |
| : | OCT 0 1 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Based on the representations in the government's motion, and this Court's previous findings of facts sealing these matters, it is this __27__ day of __September__ 2007 hereby:

ORDERED, that the government shall be permitted to request a transcript of the plea proceedings in this case. The Court Reporter shall be permitted to prepare such a transcript and provide it to the government.

ORDERED that the plea agreements in the above-captioned matters, and the transcripts of the plea proceedings, are hereby unsealed for the limited purpose of providing copies of the plea agreements and transcripts of the plea proceedings to the defendant and his attorneys to prepare for trial.

ORDERED, that except as set for in the provisions of this Order, these matters shall remain sealed pending further order of this Court.

ORDERED that the defendant and his attorneys shall not distribute copies of the plea agreements, copies of the plea proceeding transcripts, or information derived from the plea agreements or the plea proceedings to any third party without an express written order from this Court.

*Ellen S. Huvelle*

JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

John Cummings
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530

William B. Moffit, Esq.
Pleasant Brodnax, Esq.
The Mills Building, Suite 400
1700 Pennsylvania Ave., N.W.
Washington, D.C., 20006